

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Dr. Clifford W. Robinson, Secretary-Treasurer
Texas State Board of Chiropody Examiners
826 Fair Building
Fort Worth, Texas

Dear Sir:

Opinion No. O-1414
Re: Bond of the secretary-treasurer of Texas
State Board of Chiropody Examiners.

This will acknowledge receipt of your letter together with
the bond contained therein requesting the approval of the bond
by the Attorney General.

Article 4568, Vernon's Civil Statutes, reads in part as fol-
lows:

"The members of the State Board of Chiropody Ex-
aminers shall, before entering upon the duties of their
offices, qualify, by subscribing to, before a notary
public or other officer authorized by law to administer
oaths, and filing with the Secretary of State, the con-
stitutional oath of office. They shall, as soon as
organized, and biennially thereafter in the month of
January, elect from their number a president, vice-
president and secretary-treasurer. The secretary-
treasurer, before entering upon his duties, shall file
a bond with the Secretary of State for such sum as
will be twice the amount of cash on hand at the time
the bond is filed; provided, however, that the amount of
said bond shall, in no case, be less than Five Thou-
sand Dollars ($5,000). Said bond shall be payable to
the Governor of this State, for the benefit of said
Board; shall be conditioned upon the faithful perfor-
mance of the duties of such officer; and shall be in
such form as may be approved by the Attorney General
of this State; and shall be executed by a surety com-
pany, as surety, and be approved by the State Board
of Chiropody Examiners..."

Dr. Clifford H. Robinson, Page 2.

The bond presented for approval is in the amount of Five Thousand ($5,000.00) Dollars which is sufficient, provided the amount of cash on hand does not exceed the sum of Twenty-five Hundred ($2,500.00) Dollars, and the bond must be approved by the State Board of Chiropody Examiners before filing with the Secretary of State.

After having carefully examined the above mentioned bond we find it in accordance with the provisions of Article 4568, Vernon's Civil Statutes, and as above stated, the bond must be approved by the State Board of Chiropody Examiners before filing with the Secretary of State, and if the amount of cash now on hand exceeds the sum of Twenty-five Hundred ($2,500.00) Dollars the secretary-treasurer is required to make a bond twice the amount of cash on hand at the time the bond is filed, and if the amount of cash on hand at the time of filing the bond is less than Twenty-five Hundred ($2,500.00),Dollars the bond in the amount of Five Thousand ($5,000.00) Dollars is sufficient.

With kindest personal regards, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By   (signed)
   Ardell Williams
   Assistant

AW:AW

ENCLOSURE

APPROVED OCT 10, 1939

Robert E. Kepke (signed)
ACTING ATTORNEY GENERAL OF TEXAS

(STAMPED) Approved
Opinion Committee
By B.W.B.,Chairman